UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Marc C. Gordon and Cynthia Callendar Gordon, dba "Sleep Master™," <br><br> Plaintiffs, <br><br> v. <br><br> Me & You, Inc., a Colorado corporation; Dream Essentials, LLC, a North Carolina limited liability company; DOES 1-10, <br><br> Defendants. | Case No. 2:12-cv-02183-MMD-GWF <br><br> **JUDGMENT BY DEFAULT** |

This matter having come before the Court on Plaintiffs' Application for Default Judgment, and it appearing to the Court that the Default of Defendant Me & You, Inc., a Colorado corporation, was entered on July 19, 2013 and Plaintiff having introduced evidence in support of the allegations set forth in Plaintiffs' Complaint filed on December 21, 2012 and the Court having considered the Affidavit of Marc C. Gordon in support of Plaintiffs' Application for Default Judgment, and good cause appearing therefore;

IT IS HEREBY ORDERED that a permanent injunction is hereby entered perpetually restraining Defendant Me & You, Inc., a Colorado corporation, and all those in privity with them from further infringing on Plaintiffs' United States patent, number D465, 234 S, issued November 5, 2002.

IT IS FURTHER ORDERED that a permanent injunction is hereby entered, perpetually restraining Defendant Me & You, Inc., a Colorado corporation and all those in privity with them from further infringement of Plaintiffs' trade dress, and from engaging in any further acts of trade dress dilution and unfair competition and from passing off the Sleep On It Mask as the

Sleep Master Sleep Mask and from using Sleep Master Sleep Mask design, color and appearance.

DATED THIS 18th day of June 2014

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

Prepared by:

_____
FREDERIC I. BERKLEY, ESQ.
SKLAR WILLIAMS PLLC
410 South Rampart Blvd., Suite 350
Las Vegas, NV 89145
Telephone: (702) 360-6000
Facsimile: (702) 360-0000
*Attorney for Plaintiffs*